UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA FEATHERSTON,
Plaintiff,

-v.-

GOURMET SERVICES, INC. et al.,
Defendants.

25 Civ. 6956 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On August 22, 2025, Plaintiff filed this action alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ECF No. 1. Plaintiff requested extensions of time to serve Defendants, ECF Nos. 11, 14, which the Court granted, ECF Nos. 12, 15. Plaintiff served Defendant Alfred Baker on November 22, 2025, ECF No. 13, and Defendant Gourmet Services, Inc. on December 12, 2025, ECF No. 16. Defendants' responses therefore were due on December 15, 2025 and January 2, 2026, respectively. ECF Nos. 13, 16; Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint."). Defendants have not responded to the Complaint.

On January 13, 2026, Plaintiff applied for, and the Clerk of Court issued, a certificate of default as to Defendants Alfred Baker and Gourmet Services, Inc. ECF Nos. 17-18, 20. On April 20, 2026, Plaintiff moved for a default judgment, ECF No. 21, and filed a declaration and memorandum of law in support of the motion, ECF Nos. 22-23.

Plaintiff's papers in support of its motion are in good order. If Defendants wish to oppose the motion, then their counsel shall, (1) by **July 24, 2026**, enter a notice of appearance, and (2) by **July 28, 2026**, file an opposition explaining why a default judgment is not warranted.

Plaintiff has already filed proof of service of the papers in support of her motion. ECF No. 24. By no later than **July 16, 2026**, Plaintiff shall serve Defendants with this Order and file proof of service on the docket.

SO ORDERED.

Dated: July 14, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge